DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

L.W.O.,

Appellant

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-0884
_____

June 14, 2024

Appeal from the Circuit Court for Manatee County; Teri Dees and Susan B. Maulucci, Judges.

Howard L. Dimmig, II, Public Defender, and Tosha Cohen, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

Affirmed.

SLEET, C.J., and VILLANTI and KHOUZAM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.